```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )
      Plaintiff,                )    4:05CR3037
                                )
      v.                        )
                                )
LEA ANN HOERLE,                 )     ORDER
                                )
      Defendant.                )
```

IT IS ORDERED,

Defendant's motion for time, filing 11, is granted and the deadline for filing pretrial motions is extended to May 11, 2005.

Dated May 6, 2005.

                                              BY THE COURT

                                         s/ *David L. Piester*
                                         David L. Piester
                                         United States Magistrate Judge