```
               IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3037 |
| | ) | |
| v. | ) | |
| | ) | |
| LEA ANN HOERLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The defendant has entered a plea of guilty. See filings 22, 23, and 24. Her motion to quash the indictment, filing 13, is therefore deemed withdrawn.

DATED this 18th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge